# EXHIBIT B

BS"D

Your honor

I stand here today in great shame, heartbreak, terrible sadness, and with tremendous regret and a broken soul.

Over the past three years I have prayed and begged for forgiveness from God and mankind for the terrible deceit I have perpetrated and the financial crimes that I have committed and caused other to commit, as well as for the pain and shame I brought upon my family, my community and upon the good name of Chabad worldwide.

I have let down my family and the congregation and organizations that I've built over the past 40 years. They have trusted me as an upstanding, righteous spiritual leader, as a husband, father and grandfather, someone to look up to and emulate, and I have let them down in the worst way possible. I am so very grateful for my dear wife of 38 years who has stood by me despite me having severely disappointed her, and for the rest of my family of 6 children and 18 grandchildren, their Zeidy.

Having lost my congregation, synagogue, preschool, senior center, and other positive communal organizations, which I built with much blood, sweat, and tears, I also lost the legacy of a lifetime. Today, I stand here in shame. My good name and all the positive I've done and planted over decades are destroyed due to my terrible deeds.

At age 20 I arrived in San Diego, after growing up in Brooklyn NY, with a lifetime desire to become a Rabbi, spiritual leader and a trailblazer to establish a Jewish community where there was none, and to be a shining light to preserve Judaism. I literally rolled up my sleeves and worked tirelessly in this new community with an idealistic drive and commitment to do whatever I can for whoever I could help. In the course of these 40 years I have been a dedicated rabbi and friend to many, and always at the beck and call to anyone in need.

Yes, the dichotomy of my life; the light and the darkness, the good and the evil. Spending time soul-searching, endless hours trying to seek a path of repentance. I have fallen prey and worshiped the Golden Calf of money. I have let myself down and everything I have been taught, and everything that I have preached for 40 years, and allowed myself to be seduced to a very dark place, allowing the power of money to get the better part of my soul. At the time of the crimes I've committed I knew it was wrong and against everything I stood for, and I've let myself and so many others down by deceiving my own soul.

Since that fateful day in October of 2018, I have begun my journey of remorse, repentance in prayer, begging for forgiveness for these sins, but nothing prepared for me for what was yet to come. On April 27, 2019, my life could've ended in tragedy when the terrorist breached our

synagogue to bring death and destruction into our hallowed halls. Killing Mrs Lori Kaye, of blessed memory, and taking aim at me to kill and shoot me at point blank. It was at that moment that that my life flashed before me and I grasped the frailty and preciousness of life.  I realized at that moment that if my life was spared, it must be for a reason. In the ambulance on the way to the trauma-center I cried silently to G-d, asking him to forgive me for the sins I have committed, and I committed to do whatever I can to be an inspiration to the world going forward; to turn this terrible event into an inspiration, with the hopes that this can begin my forgiveness.

But while I continue to strive to achieve those lofty goals, I am human, and I continue to suffer terribly with sleepless nights, constant pain in my amputated right finger and my left mangled finger. Four surgeries and another two surgeries pending to try to save the left finger.
The depression, pain, and fear are constant, but taking it in perspective I am blessed to be alive.

I ask Your Honor to accept my repentance for the damages and severe disappointment that I have caused.  I still want to offer as much as I can, wherever I can. I often wonder why I survived the shooting. The Universe must have faith in a better future for me, to become a better person and to make whole for my past sins and transgressions. For whatever years I have left, to work even harder in a different dimension to help humanity the best I can. To transform the darkness and evil of my misdeeds to light and healing for others.

Thank you.


Yisroel Goldstein