# EXHIBIT C

To The Honorable Judge Bashant,

My name is Lauren Gorman. I am a Federal Public Defender in Reno, Nevada, but I write today as a friend of Rabbi Goldstein and nothing more. Outside of the circumstance that Rabbi Goldstein has accepted responsibility for his conduct and demonstrated contrition I have minimal familiarity with the case itself. Nor do I purport to be in a comparable position to Your Honor to consider the gravity of his conduct in the context of his life. What I can offer is my personal experience with Rabbi Goldstein in the hopes that it can illuminate facets of his character which may otherwise not be fully apparent.

Rabbi Goldstein was not my personal rabbi, but rather my older sister Julia's. My sister died June of 2020 at the age of 39 in a car accident – an event I anticipate will take a lifetime for me to fully process. My sister was severely disabled and participated in the Friendship Circle, which was tremendously meaningful to her. She loved Rabbi Goldstein, his congregation, and the Friendship Circle. On the day of the Poway Synagogue mass shooting my sister had planned to be at the synagogue. Though I later learned she elected not to go that day, for a brief period I knew only that there was a mass shooting and that my sister was likely present. When she answered her phone, my panic, vis a vis her life at least, was alleviated. Later I learned the full extent of the injuries and tragic loss of life that resulted from the shooting.

It was after my sister died that I got to know Rabbi Goldstein. He reached out to me by phone after she died, and since then, has continued to reach out regularly, contacting me at least once a week over the course of the last year and a half. He has been generous with his time, telling me anecdotes about my sister and giving me a unique window into her life before she died. Every Friday and before every holiday, Rabbi Goldstein calls or sends me a text message wishing me peace and good health. To me, that says something about who he is.

While my sister's funeral was during the pandemic and I attended it by Zoom, after I was vaccinated, I flew to San Diego in March 2021 to participate in a Jewish ritual involving the setting of her gravestone. Rabbi Goldstein met me at my father's house, accompanied me to the cemetery, and then walked with me to her grave and stood next to me the entire time. I know, as a public defender, I am often powerless over the ultimate outcomes of my client's cases. Sometimes all I can do, at the end of the day, is to be there to bear witness to their suffering and the suffering of their families. That is what Rabbi Goldstein did for me that day. He showed up. All he had to offer me was himself and it meant the world to me at that moment to have him there while I was looking at her grave and absorbing the finality of her death. His presence made watching my parents grieve their child somehow more bearable. For that alone, he has my eternal gratitude.

What I have learned during the course of my life, and certainly my career, is that we are so much more than the worst things we have done. It's a cliché, but like many clichés it's also true. I'm not a religious person, but I still remind myself every day that by the grace of G-d go I. I can never say for sure what I would have done or who I would be if I had truly walked in the shoes of another. I aspire only to have the humility to meet every human being where they are, approaching them with curiosity and compassion instead of judgment. Though I was aware of Rabbi Goldstein's legal predicament when he called me, I interacted him in this spirit and without judgment. I believe that approach may have helped him remember that he was more than what he did in connection with this case. And I hope reading this will help him remember that while he is still on this earth, he has much to give others.

Your honor, of course, does not have the luxury of abstaining from judgment in this circumstance, and I would surmise that sentencing is among the most difficult and painful parts of your public service. In carrying out this grave responsibility, I ask that you consider my experience with Rabbi Goldstein, who was a stranger not so long ago, and whom I now consider my friend.

Tragedy is a curious phenomenon in that it alienates some but not others. Even some of my closest friends and family members stayed away and sent food or flowers after my sister's passing. I appreciated those gestures, but they were no substitute for meaningful human contact. Rabbi Goldstein did not stay away. He talked to me. He was not awkward with me or formulaic with his words. He just spoke and listened like a human being who has also experienced or at least observed his share of grief and loss. I imagine he could do that in part because comforting the bereaved is something a good rabbi does. That too speaks to the quality of his character and the solemnity and dedication with which he carried out his rabbinical duties.

I hope that being of service to me in some way serves Rabbi Goldstein as well, as a form of repentance, however removed it seems from the crime itself. Because whether he conceived of it in that way or not, he engaged in a form of restorative justice by giving back to his community and being a source of comfort to a person who suffered a great loss.

As the events of the past few years – mass shootings and this pandemic among them - have so starkly demonstrated, sometimes the world itself feels devoid of mercy. Sentencing is one area where mercy still has a home. In exercising your discretion, I hope you consider my experience with Rabbi Goldstein, and the mercies, big and small, that he gave so freely to me and my sister during the course of his life.

Very Truly Yours,

/s/ Lauren Gorman

Lauren Gorman

2

To the Honorable Cynthia Ann Bashant
U.S. District Judge
San Diego, California


Dear Judge Bashant,

I am writing to you as the eldest brother of Yisroel Goldstein and on behalf of our entire family of nine siblings. I am aware that Yisroel is being sentenced due to a federal crime and I write this letter on his behalf for I know he is worthy of our support despite his moral failings.

I'd like to take a moment to describe for Your Honor the young brother Yisroel that I knew and admired ever since he was a little boy. Yisroel was always willing to help others, for example, when our grandfather took ill in the early 1970's, Yisroel, who was 11 years-old at that time, insisted to be the one to sleep over at their home so that they wouldn't worry for being alone. He'd go out in the freezing winter snow to pick up groceries and medication and cheer up our grandparents with song and jokes.

I remember when he was just 14 years-old, an age when most children enjoy playing sports and other games with friends, he'd spend much of his free time involved in various community projects, including packing and delivering boxes of food to the elderly and needy in the community, and going on teaching missions to wherever he was needed.

It is not an exaggeration to say that Yisroel's selflessness and kindness was not his second-nature but his first and main nature.

Following graduation from Rabbinical College and obtaining his Rabbinical Ordination, Yisroel's convictions to help and serve others propelled him into the world where he spent decades building a strong and beautiful Jewish community in Poway, California. From extremely difficult and modest beginnings, he built a synagogue, a preschool, a senior center, and an organization serving children with special needs, while also serving as the Sheriff's chaplain for over 20 years.

He was known throughout the city as the Rabbi who shows up 24/7 at the bedside of anyone in need and would tend to them selflessly.

His warmth and friendly personality became the glue that held these the community and those organizations together.

When our parents in their old age moved to Poway, it was Yisroel that cared for them devotedly on top of all his other familial and communal responsibilities.

That he built the community he did in Poway is remarkable, given his limited capacity to run what became a rather complex organization, which also likely exacerbated his poor decisions in financial matters.

Right after the shooting attack at his synagogue in April 2019, I remember bracing myself as I reached for the news. There was the Yisroel I knew, clearly in pain, bright blue-bandaged hands raised to the sky, he did not scream with anger, he did not point at anyone in blame. Instead, he called out the fact that something needed to change and that it was up to all of us to make that change possible. To spread love and goodness, to become agents of light in a battle that he described, quite aptly, as one against an encroaching darkness. Soon, when news reports began to spread about the attack, millions more learned about Yisroel and his community. They learned of his

torment as he witnessed a terrorist murder a beloved friend, and the agony of her husband and daughter helpless to revive her.

We saw Yisroel's anguish over having seen such evil violate his sacred sanctuary in 2019 America. And we watched in awe as he steeled himself over the ensuing days, fighting sleep and pain, to face the international media in order to spread a force of light as far and wide as possible.

Yisroel used the opportunity not to sulk in pain or lick his wound, but taught the world that whenever darkness throws its shadow, we must respond with the tremendous light that comes from acts of kindness that express our shared humanity. He taught that evil blooms only in the absence of the light of goodness. That if hate can leap across continents by example, so can love and defeat it; if darkness can spread through words and ideas, so can light and outshine it. That we need not cower, surrender or resign ourselves to defeat.

He seized control of the positive narrative and no one could stop him. That is Yisroel's innate ability. Because what he shared, we all know to be true. Every good person on this planet, be it a Jew, Christian, Muslim, Buddhist, Hindu, or atheist, anyone can take part in tipping the scale for good.

This is Yisroel's true spirit. This is the Yisroel I and my siblings all know.

He inspired and can continue to inspire people of all faiths, to face the evil of all form of hate and racism by reaching out to one another.

I have spoken with Yisroel and know that he deeply regrets and takes responsibility for his role in the various schemes and financial improprieties he involved himself in. When his financial crimes gained public attention, he painfully watched his life's work crumble before is eyes. He soon became portrayed only in light of his transgressions, erasing the 40-years of work, which also wrenched away his ability to share his inspirational and educational messages with the world.

While Yisroel is an imperfect individual who exercised poor judgement, there is a unique opportunity for him to continue to have a major positive impact in the world in so many areas. We all saw his ability to get the world to sit up and listen during the days following the Paril shooting.

Yisroel lost the religious community he diligently and lovingly built over four decades, and lost the respect of the global community whom he touched and guided with his hard learned lessons of perseverance and strength.

I beseech you to look into the heart of a man who has committed a sin, and has also the ability to repent and use his acumen for goodness to inspire many.

I ask you to consider the totality of Yisroel's personality—including his warm and caring heart, brave and courageous soul—and his unending care he has given to others and what he can still do if given the chance.

I thank you for taking the time to read this letter.


Respectfully,


Aharon Goldstein

4

 

I'm writing to you concerning Rabbi Goldstein. I am the founder of two Holocaust museums, the Ten Boom Holocaust Museum in Holland, and the Friends of Zion Heritage Center in Jerusalem. My founding chairman was the late President of Israel, Shimon Peres.

I've devoted my life to combating antisemitism. Even though I am an evangelical, Rabbi Goldstein has become my rabbi. He's extremely dear to me. I cannot express in words what a blessing he has been to me and also to the Christians that I represent. My organization has mobilized over 100 million non-Jews throughout the world, educating them and activating them, especially to combat antisemitism.

I provided the security for Rabbi Goldstein's synagogue the first year after the attack. I walked with Rabbi Goldstein not only through the crisis, the experience with his life, but also through the pain and agony he experienced over the mistake he made. I've never seen a man more broken, more humble, and more contrite. There is no question in my mind that this beautiful human being wants to do everything possible to make amends for his mistake.

He has a precious heart of compassion and his life's work speaks for itself. He's dedicated his entire life to helping hurting people. Yes, it's true he made a mistake and is a flawed human being. But there's no doubt in my mind that he's truly done everything humanly possible to humble himself and accept responsibility for his mistake and wants to dedicate his life to helping others avoid making such a mistake.

It is my prayer that the judge would give him the opportunity to prove that he truly means what he says. I know he does because I know his heart. He's a good man. He can do so much good if he's given the opportunity. His faith has taught him to accept responsibility for his actions and I know in my heart he has.

I pray that the judge would show mercy to him. My organization will be extremely grateful if she does because Rabbi Goldstein can be a source of much good in helping hurting human beings.

Most Sincerely yours,

Michael David Evans
Founder, Friends of Zion Heritage Center, Jerusalem,
the Jerusalem Prayer Team, and the Ten Boom Holocaust Museum

**5**

**RABBI Y. ULMAN**

**SENIOR DAYAN SYDNEY BETH DIN**

יהורם אולמאן

ראב״ד בד״צ וסידני וחמדינה

27 O'Brien St Bondi NSW 2026 Australia   email: rabbiulman@bethdin.org.au
(612) 9365 2777 (office) (612) 9300 6279 (home) (612) 9365 5506 (fax) 347 853 8014 (US Line) (614) 14 770 250 (cell)

בעזהי״ת

5th November 2021

Honorable Judge,

I have known Rabbi Yisroel Goldstein when we were both at rabbinical college and was studying together, he was from the first to welcome me warmly when I arrived from Sydney Australia and helped me get acclimated to the Us, this is the innate nature of rabbi Yisroel Goldstein from the first time I met him always there to offer a helping hand, he would be from the first to show up to study, was always a devoted and hardworking student and devoted person. We remained friends and mutual confidents for the next 39 years, as we both earned our perspective careers, I became community Rabbi and the head of the Sydney Jewish judicial court "Beth Din" and Rabbi Goldstein began building his community in Poway CA.

I became Rabbi Goldstein's mentor and guidance counsellor over the years even with the continents in between us we always had a set Thursday night lengthy phone conversation to discuss personal and communal matters, over the span of 37 years. When it came to light the terrible misdeeds and nefarious financial activities he was involved in, I was appalled and shocked. I didn't see this coming. The Rabbi Goldstein I knew was a exceedingly hard working, nothing can stop him from doing everything he can to help another human being and teach and lead. He was an exceptional spiritual leader respected by all. I immediately guided him to cooperate and disclose everything and confess and repent to G-d and mankind.

Since then, I have been in very close contact and have witnessed his remorse and regret for his sins and financial deceit. He has been humiliated, ostracized and lost everything he built for close to 40 years. He is suffering terribly and is exiled from his community and colleagues. He spends his days in prayer, confession, remorse, pleading for forgiveness, with the hope that G-d and mankind can forgive him.

Your Honor, Rabbi Yisroel Goldstein is a kind-hearted, dedicated husband, father, grandfather and Rabbi, who dedicated his life for the better good. He came from humble background and built a community, officiated at countless life cycle events, educated countless students, brought peace and meaning to many holocaust survivors as they reach their end of life.

Most of all he was always available at the beck on call, with extraordinary devotion to all.

When his first-born son was diagnosed with a mental illness he did not go into despair rather established an organization to help others who suffer with children with special needs, helping hundreds of families over the years.

As one of the younger of 10 children, when his parents were reaching old age, he took them in, and looked after them for 15 years through very difficult illnesses until their passing.

This is the rabbi Yisroel Goldstein I knew. A human being with extraordinary dedication to mankind regardless of race colour or religion, he spent 20 years as a sheriff chaplain serving the deputies.

Finally, when the tragic terrorist mass shooting attack at his Synagogue on 04/27/19 when Rabbi Goldstein faced death in the eye and survived, we got to see his true soul and character. He did not seek shelter but rathe, risking his lifer went to save the children and other members. Even after being shot at close range and losing two fingers he continued to do whatever he can to save the children and returned to the line of fire and gave a resounding sermon to then terror-stricken members cuddled on the sidewalk. This is the rabbi Goldstein I know ... After just having faced death in the eyes and losing two fingers with blood spewing everywhere wrapped in a prayer shawl, he got up on a chair and spoke passionately to help and inspire those who just witnessed the worst of humanity... He demonstrated the best of humanity.

His continued response to the mass shooting was nothing short of total selfless sacrifice. He mustered the strength to inspire the world. Rather than attacking the world for producing such evil, he unleashed the essence of his soul to react to the near-death experience with inspiration, resilience and a message to all. His talks at the white house day of prayer, the United Nations, and international TV networks were words from a sacred heart and a man of G-d who has truly repented for his past and trying to make good for a new found future.

One of the fundamental teachings of the Bible is remorse and forgiveness and that every human being when sins, has a chance to repent and be forgiven.

I truly believe that Rabbi Yisroel Goldstein held himself accountable for his past transgressions and has truly repented and shown the greatest remorse and prays for the opportunity to continue being a great husband, father and grandfather to his 18 grandchildren and to continue to inspire and guide others through his personal life experiences.

I pray that on behalf of the Sydney Bet din and my fellow Rabbis that you will accept Rabbi Goldstein's remorse and allow him to retain his freedom, and begin rebuilding his life and healing from the shooting.

Sincerely

Rabbi Yehoram Ulman
Senior Dayan Sydney Beth Din

7

Dear Judge Bashant:

How does someone describe Rabbi Yisroel Goldstein, a man so loving, caring and giving of himself?

We met the Rabbi back in the 1980's when he first came to Rancho Bernardo. A young man, determined to get the newest synagogue, Chabad, started in our community.

Being one of the founders, we were involved with all the locations we prayed in. We were a small circle of parishioners who worked together so hard to keep our new synagogue going. We started our synagogue in Rancho Bernardo, located in the Mercado, a strip mall. Wherever there was a vacant storefront it became our sanctuary. When management found a tenant we had to move to another vacant storefront. I believe we moved three or four times. From there we moved to another location a few miles away and into another storefront. From there we wound up in a trailer for a few years, until finally we had a real synagogue…talk about wandering Jews.

Rabbi Goldstein was always there when someone was in need. On a fateful night in August of 1986 our world fell apart. A door bell ringing in the middle of the night to tell us that our only child, our beautiful 17 year old son, Brett, was killed in a car crash! We immediately called Rabbi Goldstein. He was our rock and was with us day and night. His comforting words and sharing fond memories of our son lifted our spirits.

My husband's mother was in rehab with cancer at the time of our son's accident. Not too long after we told her, she passed away four days after we buried our son! So in less than a week we buried our son and my husband's mother. Once again we turned to Rabbi Goldstein for solace and comfort. Through it all, Rabbi Goldstein was there by our side.

Sincerely,

Barbara and Howard Sachs

*Ted (Barry) Kersh*
*17580 Cumana Terrace*
*San Diego, California  92128*
*619-987-2623*
*tedkersh@gmail.com*

My name is Ted (Barry) Kersh.  I retired six years ago from a 36-year career in the financial industry as a NASD/FINRA broker, branch manager, vice president of a leading California company, incorporating 15 years as an industry arbitrator, and am proud of an unblemished record.

I have known Rabbi Goldstein for 35 years as my Rabbi, my friend, and my confidant.   During that time there have been many occasions when Rabbi Goldstein has certainly helped me through some trying times.

In 1996, my mother, who Rabbi Goldstein had met, passed away in Manchester, England, where I am from.  I flew out immediately to be with my brothers.  And within 48 hours, I received a call.  Rabbi Goldstein informed me that our synagogue was sending something, and he wanted to confirm the address where I and my family would be mourning.  Two hours later, an English black taxi pulled onto my brother's driveway, and Rabbi Goldstein stepped out, hugged me, and told me that he was going to help me spiritually during this very sad time.  He was a tremendous help.

**9**

In December 2006, my wife and I went to the Mayo Clinic in Rochester, Minnesota, where I underwent 10 hours of a successful heart surgery. We had been there for three days for me to undergo tests. The night before I was due to undergo the surgery, who walked into the hospital? Rabbi Goldstein. And when the nurses wheeled me down to the operating room, Rabbi Goldstein walked with me, talked to me, and told me the surgeons will now do their job and he (Rabbi Goldstein) will now do his job. Thankfully, the surgery was a success.

I mention the foregoing events among many that I felt blessed having Rabbi Goldstein by my side. In addition, as a member of the Chabad of Poway congregation, I know of many similar circumstances where Rabbi Goldstein has been a pillar to support and help many people through their trying, painful, and difficult times, not just people of the Jewish faith.

I thank you in advance for considering this letter.

Yours very sincerely,

*Ted Kersh*

Honorable Cynthia Bashant

I am writing to attest to the character of Rabbi Yisroel Goldstein, who I have gotten to know as a person of compassion, character, service and reflection.

I met Rabbi Goldstein in 1998 when my family and I moved to Poway. I was looking for a congregation to attend for the Jewish High Holidays and noticed Chabad of Poway and went there. There were several hundred people in attendance and was surprised to have the Rabbi come over to my seat and introduce himself and asked if I would like to participate in the service, which I did. A year went by and here I was again in the same place for the High Holidays and, once again, Rabbi Goldstein approached me. This time he apologized for not reaching out to me during the past year and once again asked if I would participate in the service. This was the beginning of a long-term association and friendship.

Rabbi Goldstein's service activities go well beyond the Chabad congregation and extend into the broader San Diego community, working with the police department, the physically and mentally disabled and the homeless and poor.

I am reminded of an event that began with a late afternoon call from the Rabbi asking if I could be available for a funeral the following day. He explained that a distraught woman called him and told him that her father had just passed away. Although they were Jewish, they were not members of any congregation, and she had not been able to get anyone to do the funeral. The following day the Rabbi and 15 congregation members attended the funeral rites at the synagogue and the cemetery. The daughter was too overwrought to attend herself. The Rabbi explained that this was a unique opportunity for us; to do a good deed without any possibility of obligation or repayment for someone unknown to us. That talks to Rabbi Goldstein's compassion, character and his impact on others.

I am reminded of 9/11. I arrived at the morning service after hearing on the radio of a plane crashing into the World Trade Center. We went into his study and turned on the TV just in time to see the second plane crash and the beginning of the collapse of the entire structure. We wept at the horror and insanity of it all. We then went into services where the Rabbi tried to put into context our morning prayers with the horror we just witnessed.

Rabbi Goldstein was a regular visitor to our home on Friday afternoons delivering, with some of his children, home-baked challah for our use in ushering in the Sabbath.

Rabbi Goldstein made frequent trips to New York, and each journey started with a visit to Montefiore cemetery where his mother and father are buried. It is also where the last two spiritual leaders of Chabad are buried. My parents are buried there too. On each trip, he made sure to visit my parents' graves and recite the customary prayers. He would call me and leave me voicemail messages, "Your parents send their regards and wish you well."

In all the years that I have known Rabbi Goldstein and his family, their standard of living has remained modest. The car has always been a used car about 10 years old; their home is modest and in walking distance to the synagogue. Whatever funds that have been raised go to support the costs of the congregation and its activities.

One final comment, while Rabbi Goldstein, like all humans, occasionally misses the mark, I know him to be reflective and committed to true repentance, which includes understanding what one did that was wrong, admitting it to himself and to G-d and sincerely commit to not repeat it again.

Please consider these comments during your deliberations.

Sincerely,

*Richard L Diamond*

Richard L Diamond