UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR1916-BAS |
|---|---|
| v. | ORDER OF RESTITUTION |
| YISROEL GOLDSTEIN, | |
| Defendant. | |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663A(a)(1) and 3663(a)(1)(A), Defendant Yisroel Goldstein (hereinafter "Defendant") shall pay restitution in the amount of **$2,834,608.00** as a result of Defendant's conviction for conspiracy to defraud the United States and commit wire fraud, in violation of 18 U.S.C. § 371.

2. Restitution shall be paid to the following victims in the specified amounts, pro rata, except that all of the private victims shall be paid in full before the IRS is paid, pursuant to 18 USC §3665(i):

| <u>Victim</u> | <u>Amount</u> |
|---|---:|
| Internal Revenue Service | $1,829,366.00[1] |

---

[1] With regard to this victim, this amount is joint and several with charged co-conspirators Bruce Baker (20CR1912), Stuart Weinstock (21CR0042), Mendel Goldstein

| California Office of Emergency Services | $260,537.00[2] |
|---|---|
| Clarence Brooks Foundation | $600,000.00[3] |
| Qualcomm, Inc. | $64,730.00[4] |
| Johnson & Johnson | $59,200.00 |
| Northrop Grumman | $20,775.00[5] |
| | **$2,834,608.00** |

Defendant shall pay restitution jointly and severally with all co-conspirators who are ordered to pay restitution for the same losses.

3. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

    a. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

    b. Upon release from custody, Defendant shall pay restitution at the rate of at least $250.00 per month, subject to modification upon further agreement of the parties or order of the Court.

---

(20CR2772), Bijan Moossazadeh (20CR1893), Yousef Shemirani (20CR1895), Boris Shkoller (20CR1913), Rotem Cooper (20CR3968), Jason Ellis (21CR2200) and Igor Shtilkind (20CR3955).

[2] With regard to this victim, this amount is joint and several with charged co-conspirator Alexander Avergoon (19CR2955).

[3] With regard to this victim, $300,000 of this amount is joint and several with charged co-conspirator Alexander Avergoon (19CR2955).

[4] With regard to this victim, this amount is joint and several with charged co-conspirators Jason Ellis (21CR2200) and Rotem Cooper (20CR3968).

[5] With regard to this victim, this amount is joint and several with charged co-conspirator Igor Shtilkind (20CR3955).

5. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A). The U.S. Attorney's Office has agreed to ask for restoration in this matter, provided that the gold that was subject to forfeiture in this matter is successfully forfeited in its entirety.

6. Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

7. The Court has determined that Defendant does not have the ability to pay interest. The interest requirement is waived pursuant to 18 U.S.C. 3612(f)(3)(A).

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

9. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED: 1/7/22

Honorable Cynthia Bashant
United States District Judge