To Whom it May Concern,

I write this letter with a heavy heart. It has been brought to my attention that a hearing will be held on January 4th regarding Rabbi Yisroel Goldstein's fate. My family and I were members of the Chabad of Poway for 30 years. My children grew up in the synagogue and played with Rabbi's children; I considered his wife and daughters-in-law my friends. My family was in the synagogue on April 27, 2019. My good friend, Lori Gilbert Kaye, was murdered that day.

After the Pittsburgh shooting, my husband and I asked Rabbi Goldstein numerous times to keep the door closed and to hire a guard. Each time he was asked to do both of these items, he replied that this will never happen in Poway and that the synagogue has no money. There were many times through the years where events would occur that made the congregants question Rabbi's intentions. Four such events are stuck in my mind. The first was when Rabbi Goldstein over charged my husband for burial plots after the death of his first wife. He charged my husband for two plots but gave him one and doubled the price for a head stone. We made excuses but later felt that taking advantage of a grieving widower was a bit too much.

On several occasions, congregants who passed away left their property to the Chabad of Poway. The property left to the Chabad of Poway, would miraculously disappear and with it went all the proceeds. It would be one thing if there was a clear trail showing the money in the synagogue's coffers. Running a synagogue of our size is quite expensive, but the money would POOF disappear and then you would see Rabbi going overseas or on a Kosher cruise. Rabbi did work hard and he was entitled to a vacation; however, there was no transparency which made many questions about how he had the money for these types of vacations.

Or when he asked the congregants to help him build a pool for Friendship Circle. We did not participate in this project; we were very suspicious of the pool. In the end, he did raise the funds for the pool, but the pool was a family pool not used for any children's camps or the Friendship Circle. I was allowed to take my kids to the pool but it took me years to finally even look at the pool.

Then there were the solar panels. On several occasions, Rabbi asked the Congregation to fund solar panels for the Shul. Several congregants donated to the solar panel project. However, the only solar panels I ever saw were the ones on his home. It was a joke after a while because he would turn off the A/C in the synagogue during Saturday services, but the A/C was on at his home.

So, when he said there was no money for the security guard, my husband and I were skeptical. On the morning of April 27, 2019, when my family left for the synagogue, I asked my husband to please keep the door to the synagogue closed. After several times of multiple congregants closing the door and fighting with Rabbi Goldstein to close the door so that everyone inside would be safe, the congregants lost and the gun man was given an open door to intrude into our holy place.

Prior to the FBI investigation being released, I started to investigate the events that led up to my children being subjected to an anti-Semite on a kill a Jew rampage. After the shooting, Rabbi Goldstein

1

was not there for those of us that were dealing with post-traumatic stress. He had his own PTSD. I am not sure how he found the strength to travel all over the world making **paid** speeches or where that funding went. I do not think all money made by the Rabbi during these speeches should go to the synagogue but I do think a percentage would have been nice to show he at least cared about his flock.

One such speech, was given at a program for Shavuot, a Jewish Holiday. In the speech, he proceeded to retell his story. The funny thing is that his speech was half-truths. Both my daughter and Lori's daughter were so upset by the inaccuracy of the speech that they both walked out.

After this event, I heard from other congregants that money Rabbi Goldstein received from the Government to secure the synagogue was used on Rabbi's personal home. I made several calls in an effort to find the truth. I could not believe this was true! How could the spiritual leader we trusted do such a thing? I must have upset Rabbi Goldstein because he and his wife called my husband and I up to their mansion on the hill. They proceeded to sternly reprimand my husband and I for investigating the use of government funds. I could tell they both were very upset and my husband and I decided that we had to live in the Poway Community and that we should back down. So, we did. At some point, after we were called up to the house, I received a call from Randy Grossman, Lori Kaye's sister. She asked if the rumor was true about the misuse of security funds by the Rabbi. I told her I tried to investigate but I was met with complete opposition and virtually no transparency.

When the FBI investigation was made public, we tried to be supportive of the Goldstein Family. They were our friends and we had spent many holidays together. After several days I finally sat down and read the proceedings of the case. I was **shocked** to see that Rabbi Goldstein had misused funds meant to keep my family and the congregants of the Chabad of Poway safe. I was taken back by this betrayal. I wanted to support the Goldstein Family but they betrayed us and left us unprotected from a man who wanted to kill as many Jews as possible. This concept has been so hard for my family to wrap their head around. You are friends with a Family and then it seems that ever thing we thought was true, is really a facade. To add insult to injury, the family was allowed to maintain a 501C3 as the Chabad of Poway. This still baffles me.

The first year after the indictment, we decided we would give Rabbi Goldstein's son a chance. We decided that if the government felt that the 501C3 was still valid and was being used properly that we would trust Mendel Goldstein. We went to shul and we supported Rabbi Mendel. After about a year we noticed that again transparency when it came to synagogue funds was being averted. It started off with the impression that there was a new board and that things would be done differently. But slowly, we noticed that Rabbi Mendel was stating that he could not do anything without speaking to his father. This sent up red flags for us. One such occasion had to do with a donation of $25,000 made by a congregant's family in honor of her father. She donated the funds to dedicate a classroom to her father. She wanted Rabbi Mendel to place a plaque on the classroom honoring her father. When I heard about this situation, I spoke to Rabbi Mendel and the board about the request. Rabbi Mendel told the congregant out right that he was not at liberty to help her without his father's permission. Wow!! This statement sent red flags to us and we then started questioning everything at the synagogue.

2

The new board in the end quit. Some of them said their time was up while one board member admitted privately that they tried to get Mendel Goldstein to do the right thing for the community but he would agree and then do the opposite of what the board recommended. The one board member stated he felt that Rabbi Goldstein was still involved but had no proof. This board member's letter of resignation stating the reasons why he resigned, has never been released to the congregation. The letter has mysteriously vanished, **Poof**.

The board that took over for these volunteers is now made of the Goldstein family members and Mendel Goldstein's father-in-law, Rabbi Greenberg of El Paso, Texas. I read in an article where the father-in-law stated that transparency by an accountant was not needed. Here is his quote, "a Chabad synagogue didn't need an accountant to be its chief financial officer, and that his 35 years running a similar institution would suffice." He continued with "We're not running investments; we're not moving millions of dollars every day." He does say that an accountant will be employed but does not recognize that the synagogue had an accountant and the accountant was given books that had been scrubbed of several illegal transactions. If there is no financial oversight over the money, how can the congregation trust that this time the money will be used properly. Rabbi Greenberg also stated that Mendel Goldstein is not his father. I contend then if he is doing things right and not following the advice of his father then implement full transparency.

The last statement that Rabbi Greenberg said that really hit my family hard was the minimalizing of what happened on April 27, 2019 and what has happened to many families since the FBI investigation was released. Here is his statement, "There's always someone who's upset," "Let's be honest: no one is happy with everyone. Were they served by the synagogue for the past 20 years? Yes. Were they happy? Yes. So now, all of a sudden something happens so you right away throw the shoes?" I find this statement so appalling on so many levels. So, I want to address this with the court and with Rabbi Greenberg.

Firstly, a woman died not because Rabbi shot her but because he and his family had a very callous approach to the safety of their flock. In addition, the misuse of funds to secure the facility made a vessel that was open to a gunman. In addition, the families that were involved in Rabbi Goldstein's scheme to make erroneous contributions to evade taxes have been destroyed. Dr. Baker is dying of leukemia in a federal prison, his family moved out of San Diego. Another family left the country. Many individuals have stopped coming to the synagogue because they are embarrassed that they believed their religious leader. The final straw is the division in the Jewish community of Poway, Rabbi Goldstein claims that he was there to support the community and that his family is still doing so, this causes me great discomfort. This is one of his premises for the plea deal. However, the reality is very different. If you ask the District Attorney for San Diego County, they will tell you that not one Goldstein came to court to support the congregation during the process. Not one Goldstein showed up at the hearing or sentencing of John Earnst.

Only a few members remain at Chabad of Poway. Unfortunately, the community of the Chabad of Poway is divided. This division is caused by those that have accepted the fact that Rabbi Goldstein made a mistake and violated the law and those that feel these behaviors interfere with their own values as

3

well as their spiritual growth. If the family including Rabbi Goldstein have truly made amends, then they should remove themselves from the community for the sake of letting the community heal. This has not happened. In fact, the division has become deeper and caused more animosity. How is this supporting his flock?

At one point Rabbi Goldstein met with my husband and negotiated a way forward with another Rabbi running Chabad of Poway but that was just a mess. My point being that Rabbi Goldstein is not at the pulpit running the synagogue but he never the less is still running the synagogue from behind the scenes. All of the secrecy has been too much for our family. It is baffling to me as to why the 501C3 status for Chabad of Poway has not been taken away. When an organization has a 501C3 people like me feel we can trust the organization. We are led to believe that if an organization was illegitimate or committing fraud the 501C3 would be removed. Wow was I wrong! Not only is that incorrect but properties that were purchased with this fraudulent money are still owned and lived in by the Goldstein's in two locations. I know this because I checked the public records thinking that maybe, Rabbi Goldstein was interested in making amends.

When a person takes an oath to be a spiritual leader, they have to be aware of their community. In the last 5 years and most likely even before that, the synagogue has been run for the benefit of the Goldstein Family. It is difficult for me to make that accusation. I trusted Rabbi Goldstein and his family. When I think about the damage that his behavior has caused, I am embarrassed and sad. I am embarrassed that he lived up to the stereotype that has plagued Jews for centuries and sad that money was so much more important than the lives of his community members. I am outraged that he refused to put money towards security and as an indirect result my friend, Lori Kaye was murdered. If the funds had been used on a guard or securing the entrance to the building and setting up an alarm system then maybe I would feel differently. Several families and congregants have had their lives destroyed because they trusted their spiritual leader. It would have taken only 1 word from him saying this is not how you walk in the way of G-D and follow the Torah. In fact, as Jews we are taught, "With justice, a king sustains the earth, but a fraudulent person destroys it."

Rabbi Goldstein is a very charismatic person. The combination of his charisma and his position as a rabbi, made a perfect storm. He convinced people that they were doing the right thing instead of paying the IRS, they gave him money. Not once did he think about the damage this behavior would have on his victims nor on his congregants. This attitude continues still today. The synagogue still has no transparency and we are considered rebels if we ask questions. I know that Rabbi Goldstein made a plea agreement with the Justice Department. I know that suggestions on whether he should serve jail time or not will most likely be ignored in an effort to honor the plea agreement. However, why is it ok for the Chabad of Poway to continue to be a 501C3? The 501C3 status should be either revoked or put on probation until otherwise proven that the illegal behavior experienced for years as stopped. Where is it written that a 501C3 can be passed down to children like an inheritance?

If the Goldstein Family had the community's well-being as their priority, then they would step aside to allow the community to heal. Instead, there has been no peace and the division between congregants since this started keeps growing. If the 501C3 is allowed to continue where is the determent for other

4

houses of worship to be honest and to be reputable?  Therefore, I am requesting that the 501C3 for Chabad of Poway be revoked and the Goldstein Family put on a period of probation where they can not apply or have a nonprofit status for at least 10 years.  I believe this will be earthshakingly clear that the Government will not allow nonprofits to profit off their congregants and if you use FEMA money for your own gain, there is a price to pay!  Rabbi and his family by using FEMA funds improperly made the vessel by which an anti-Semite could walk into the synagogue, murder my friend and shoot at my family.  He pilfered the money sent to the shul after the shooting by kind hearted individuals and then cried there was no money and that this would never happen again so why hire security.  The Court is the only place in the US that can hold this man accountable.  Please do so!

Respectfully,