ORIGINAL

1          UNITED STATES DISTRICT COURT

2       FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3       BEFORE THE HONORABLE CYNTHIA A. BASHANT
                DISTRICT JUDGE PRESIDING

4   ─────────────────────────────────────────────

5   UNITED STATES OF AMERICA,        )
                                     ) No. 20-cr-01916-BAS
6                    Plaintiff,      )
                                     ) SENTENCING
7        vs.                         )
                                     )
8   YISROEL GOLDSTEIN,               )
                                     )
9                    Defendant.      )
    ─────────────────────────────────────────────

10

11          REPORTER'S TRANSCRIPT OF PROCEEDINGS

12            TUESDAY, JANUARY 4, 2022

13                 PAGES 1 - 17

14   APPEARANCES:

15   FOR PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                       880 Front Street, Room 6293
16                     San Diego, California  92101
                  BY:  MICHELLE L. WASSERMAN, ESQ.
17                     VALERIE H. CHU, ESQ.

18   FOR DEFENDANT:    BENJAMIN L. COLEMAN LAW, PC
                       1350 Columbia Street, Suite 620
19                     San Diego, California  92101
                  BY:  BENJAMIN L. COLEMAN, ESQ.
20
                       JEREMY M. DELICINO, LLC
21                     550 West C Street, Suite 620
                       San Diego, California  92101
22                BY:  JEREMY M. DELICINO, ESQ.

23   COURT REPORTER:   ANNE ROLDAN, RPR, CRR, CSR
                       U.S. OFFICIAL COURT REPORTER
24                     District Court Clerk's Office
                       333 West Broadway, Suite 420
25                     San Diego, California  92101

TUESDAY, JANUARY 4, 2022, 10:00 A.M.

1                    P R O C E E D I N G S

2                       -- o0o --

3          THE CLERK:  Calling Matter No. 1, 20-cr-1916,

4    United States of America versus Yisroel Goldstein, on calendar

5    for sentencing with a presentence report.

6          MR. COLEMAN:  Good morning, Your Honor.  Ben Coleman

7    and Jeremy Delicino for Mr. Goldstein.  He is present.

8          MS. WASSERMAN:  Good morning, Your Honor.  Michelle

9    Wasserman and Valerie Chu on behalf of the United States.

10         MS. SCOTT:  Adrienne Scott on behalf of Probation.

11         THE COURT:  Good morning.  This is the date set for

12   sentencing.  I have reviewed the probation officer's report,

13   your lawyer's objections to the report, the probation officer's

14   addendum, the Government's sentencing summary chart and

15   memorandum and motion, and your lawyer's sentencing memorandum.

16    I have a couple of tentatives.  First of all, with respect

17   to calculation of the guidelines, my tentative would be to

18   follow the probation officer's calculations, which would mean

19   overruling the two objections that were filed by the Defense

20   with respect to role and obstruction of justice, but to follow

21   the Government's recommendations as far as the two downward

22   variances recommended.

23    My second tentative is I don't see this as a home

24   confinement case.  And I'll certainly listen to what you have

25   to say, but I see this as a custodial case.

1    Counsel?  Oh, I also -- just for the record -- reviewed a

2    couple of letters from the community as well.

3        MR. COLEMAN:  Yes, Your Honor.  On the objections, the

4    Ninth Circuit's law is clear that there needs to be control and

5    authority over another participant in the offense in order for

6    an aggravated role adjustment to apply.  And the presentence

7    report does not offer any facts to show that, and there are no

8    facts to show that there was that requisite control and

9    authority on another participant.  The Ninth Circuit -- that's

10   been the law in the Ninth Circuit for decades, and they've made

11   that clear in cases within the last year or two as well.

12       So I don't --

13       THE COURT:  I'm not sure how you can say that there's

14   no control and authority over individuals when there were any

15   number of individuals who were working at Rabbi Goldstein's

16   request to help donate money that then didn't get used the way

17   it was supposed to be.  I mean, he was recruiting people.  I've

18   had one person after another in front of me for sentencing that

19   was recruited by Rabbi Goldstein.

20       MR. COLEMAN:  Well, it's -- recruitment -- and this is

21   what the Ninth Circuit cases say.  Recruitment is not itself

22   sufficient.  He doesn't have control and authority over

23   somebody who is making a donation.

24       I mean, they're in an arm's length situation.  They're

25   making the donation.  It's like a *quid pro quo*.  It's not a

1  situation where he has control and authority over them, that he

2  is directing them, you need to do this, you need to do that.

3  These are individuals who are, you know, at the same level

4  dealing back and forth.  And they're -- there are, you know,

5  people that actually came to him as well to make the request to

6  do these types of donations.

7       So it's not a situation where he is directing them and

8  controlling them and has some type of supervisory authority

9  over them, which is the key.  They're dealing sort of as two

10  players on the same level.  One is getting one thing, and one

11  is getting another thing.  But he's not controlling them.

12       In fact, he's getting less, as far as a financial benefit,

13  than these other individuals were.  They were benefiting more.

14  He was getting 10 percent, and they were taking these huge

15  deductions.  So if anything, under an aggravating role

16  analysis, these other individuals received a greater financial

17  benefit than he did in the transaction.  So I still don't see

18  the aggravating role adjustment applying under the Ninth

19  Circuit's law.

20       In addition, with respect to the obstruction of justice

21  enhancement, you know, there has been no showing that the

22  Government was actually obstructed.  All these individuals have

23  pled guilty.  Mr. Goldstein cooperated, you know, shortly after

24  the raids.  There's been -- in this type of situation, when

25  you're dealing with a pre-charge situation, there needs to be

1   some showing that the Government was actually obstructed.  And

2   they weren't in this case.

3        And again, the addendum doesn't address that authority,

4   both in the Guidelines and the Ninth Circuit law.  So for those

5   reasons, you know, I just disagree with the decision to follow

6   the recommendation from the probation department on those two

7   increases.

8        On a more, sort of, general level and Your Honor's concerns

9   about the home detention recommendation, I did want to briefly

10   emphasize three points.  The first is that -- is the plea

11   agreement and Mr. Goldstein's cooperation.

12        The plea agreement in this case was approved in the months

13   following the April 2019 shooting by the highest levels of the

14   U.S. Attorney's Office, and after lengthy and collective

15   discussions.  In those collective discussions, Chabad of Poway

16   and its community, which was represented by former high ranking

17   officials in the Department of Justice, were consulted, and

18   they supported a noncustodial recommendation.

19        Part of the agreement was that Mr. Goldstein's cooperation

20   would be made public.  And unlike most cooperators, these

21   efforts were not hidden under seal.  And a significant reason

22   for our agreement to permit this cooperation to be made public

23   was the fact that there would be a joint noncustodial

24   recommendation.

25        We already had security and related concerns with the

1    public nature of the details of his guilty plea.  And those

2    concerns would have -- with the public nature of his plea,

3    would have been heightened significantly if a custodial

4    sentence were to follow.  While it may seem unfair to some,

5    defendants routinely receive as much, if not more, leniency for

6    cooperation, even defendants charged with serious crimes of

7    violence and other significant crimes.  This is a fundamental

8    part of the criminal justice system, and such negotiated plea

9    agreements should be given substantial weight in the sentencing

10   calculus.

11        The second point I wanted to emphasize is the tragic

12   shooting at the Chabad of Poway in 2019.  The Supreme Court has

13   made it clear that the relevant sentencing factors are not just

14   related to the offense conduct.  Relevant considerations

15   include post-offense circumstances and even post-conviction

16   circumstances are.

17        Here, an unthinkable tragedy befell Mr. Goldstein.  He was

18   wounded badly, disfigured, came within inches of losing his

19   life as a result of a horrific hate crime.  The nightmares of

20   those moments are with him every evening as he attempts to get

21   even just a little bit of sleep.  Throughout the day, every

22   time he must use his hands is a reminder of the horror.

23        Added to that burden is the blame, although he was a victim

24   and is not legally responsible for that unthinkable crime.  But

25   he lives with that blame and with that reality every day.  Not

1    only is his life forever filled with the horror of that day,

2    but he anguishes in shame and in grief.

3        The third point I wanted to emphasize is that while

4    Mr. Goldstein engaged in repeated and serious criminal conduct

5    over an extended period of time, he also did a lot of good for

6    the community before he fell down his destructive path.  He was

7    there for many others in their most difficult times.

8        Now in his most difficult time, he is largely ostracized.

9    He is a felon, and that will never change.  He will no longer

10   serve as a rabbi.  His lifelong work and career are gone.

11   Given all these circumstances, the joint recommendation of home

12   detention is the appropriate measure of punishment for a man

13   who has suffered greatly.

14       Those are the points that I wanted to emphasize.  If the

15   Court had any other questions, I'm happy to address them.

16           **THE COURT:**  No.  I would like to hear if Rabbi

17   Goldstein has anything he would like to say before I decide the

18   appropriate sentence.  And if so, you can just bend that

19   microphone right over close to your mask.  These masks make it

20   difficult to hear.  There you go.  You can sit down if you'd

21   like, if you're next to the microphone that way.

22           **THE DEFENDANT:**  Your Honor, I stand here today, my

23   head bowed in shame, remorse, and disappointment over the

24   crimes that I have committed to God and mankind.  Every night I

25   hold a book of Psalms written by King David.  I read Chapter

51.  After King David sinned, prayed for forgiveness, he writes, "My sins stand before me all the time," and begs God and mankind for forgiveness, which is the very basics of Judaism and all religions.

I've repented to God, and beg forgiveness from this Court and mankind for all the crimes, hurt, and damages that I have caused myself and others to commit.  I beg for mercy to accept my repentance and to allow me to right the wrong and to be able to live out the rest of my life with remorse, and to be given the chance to do whatever I can to help others to the best of my ability.

For 26 years, my wife and I hosted Howard, Lori -- bless her memory -- and Hannah Kaye at our home almost every Saturday afternoon to have lunch and spend afternoons with us.  When Lori gave birth to Hannah, I was there at her bedside to be the first to hold her and say the first prayers.  Hannah was a regular visitor at our home Saturdays and spent her growing-up days playing with our daughter, Baila.  And her Bat Mitzvah, I had the honor to reach adulthood and officiate in a most honorable way.

Lori was like a sister to me.  She was part of our family as a family member.  Fate had it that I should be the last person to see Lori smile and to be by her side as she was murdered in the worst anti-Semitic attack imaginable.  I'm so sorry for your loss, for we'll never recover or forget those

1    horrible moments.

2           **THE COURT:**  Thank you.  Government?

3           **MS. WASSERMAN:**  Your Honor, as laid out in detail in

4    our sentencing memorandum, and pursuant to the plea agreement,

5    we do not believe that the additional enhancement suggested by

6    Probation should apply.  And with that, we would submit on what

7    was laid out in the sentencing memorandum and the joint

8    recommendation.

9           **THE COURT:**  Probation?

10          **MS. SCOTT:**  Good morning, Your Honor.  As to the

11   objections, as for the role in the offense, I would defer to my

12   analysis in the presentence report.  In the commentary of the

13   Guidelines, I do think that there -- it discusses that the

14   defendant must exercise management responsibility over the

15   property, assets, and activities of the criminal organization.

16   And here, I think that that has been well laid out.  However,

17   if there is a legal basis for not supporting that, then I would

18   defer to the Court on that decision.

19       Likewise, for the obstruction of justice enhancement, I do

20   believe that applies as stated in my report at paragraph 148.

21   It does discuss in the commentary about attempting to thwart

22   investigations.  And that was done here, although, you know,

23   the investigation was already underway.

24       My understanding is that at that point, that Mr. Goldstein

25   told his co-defendants that this investigation was going on.

1   They were unaware of this investigation at that point.  So I do

2   believe that those enhancements are applicable in this case.

3   And with that, unless Your Honor has any other questions, I

4   will submit.

5          **THE COURT:**  No.  The only other question I have for

6   Defense is, my tentative would be to adopt all the

7   recommendations in the PSR with respect to the conditions of --

8   once he's released and to adopt the Government's calculations

9   of restitution.  And I didn't know if you had any additional

10  comments on any of that.

11      I also do not have a proposed amount per month.  Probation

12  said that would be "to be determined," so I don't know if

13  there's an agreement on that as far as the amount -- the

14  minimal amount per month for payment of restitution.

15         **MR. COLEMAN:**  Well, on the restitution, Your Honor, I

16  did confer with the Government yesterday by email.  I do

17  believe that they -- they agreed that he should be given credit

18  for the million dollars in restitution that has been

19  forfeited -- a million dollars of restitution which has been

20  seized through forfeiture but that they will credit him for

21  that in, sort of, the collection process.

22         **THE COURT:**  So I guess the question I have is, is

23  there any objection to me ordering the forfeiture and order --

24  I believe it's $2,840,608 in restitution, or any of the other

25  conditions?  And if I do adopt that, what amount per month

1    would you suggest that I order as far as the minimum amount of

2    payment per month?  If you have any suggestions.  If you want

3    to confer, that's fine.

4            **MR. COLEMAN:**  Your Honor, after speaking with the

5    Government, why don't we start off with $250 a month, and then

6    I'll continue to work with the Government as far as all the

7    different calculations and how we would pay the restitution.

8            **THE COURT:**  Okay.

9            **MR. COLEMAN:**  And if we need to come back to the

10   Court, I guess we can.

11           **THE COURT:**  Okay.  Anything else?

12           **MR. COLEMAN:**  On the conditions, I'm just -- I guess,

13   you know, the Court had indicated that it wasn't going to

14   follow the home detention or wasn't inclined to.  These would

15   be conditions of supervised release or --

16           **THE COURT:**  Either one.  I mean, either one would be

17   the conditions, either probation or supervised release.

18           **MR. COLEMAN:**  I'm just trying to see if there's any

19   condition in there in particular that would be an issue.  My

20   suggestion at this point is that the Court -- those -- you're

21   referring to Conditions 1 through 7 are fine on page 44 of the

22   report?

23           **THE COURT:**  I don't have the page number in front of

24   me.  I just have the suggested conditions that are in the

25   report.

1        **MR. COLEMAN:**  Those are fine.

2        **THE COURT:**  Okay.  Rabbi Goldstein, as far as your

3    calculation of your guideline range, let's do that first, and

4    then we can talk about the appropriate sentence.

5        You begin with a base offense level of 22.  I do find that

6    you abused a position of trust, so I will increase that two

7    points.  I do find it is appropriate to increase that two

8    points for obstruction of justice.  I do find that you warned

9    others of the offense.  Although you were cooperating with the

10   Government, you warned other people, and that constituted

11   obstruction of justice.  So I will increase two points for

12   that.

13       I will not increase two points for the role.  I think

14   that's sort of a borderline question.  It seems to me that as a

15   rabbi, you did hold control and sway over individuals.  But

16   given the fact that the Government is agreeing, I will not

17   increase for the role, so I'll sustain the defense objection on

18   that ground.

19       That makes your base offense level a 26.

20       I do find you've accepted responsibility for what you did,

21   so I will deduct three points for that.  And you have no

22   criminal record.  So your guideline range would be 46 to 57

23   months.

24       The Government is recommending minus four because you've

25   cooperated.  I will follow that recommendation.  I think that

takes into consideration the fact that you have been, as they

say, outed as a cooperator.  So I think a minus four takes that

into consideration.

The Government is also recommending minus six.  I think the

main reason for that minus six is the fact that you were

involved in the tragic shooting.  I think that was an awful

thing to have to go through.  I think you were a face in the

community.  You were -- did some heroic things during that.  So

I will follow the Government's recommendation for minus six.

That brings your guideline range down to 12 to 18 months.

You know, I -- when I figure out what your sentence should

be, I have to take into consideration the fact that, first of

all, it seems to me that you dragged down so many members, so

many congregants that you had there with you.  You not only

committed this offense yourself, but you took a lot of people

with you.  And many of these individuals thought they were

committing their offense to benefit Chabad, the academy, or the

synagogue or the organization in general when, in fact, it was

really just to benefit you.

It was for your personal benefit and your own greed.  And I

can't ignore that fact.  I think that's an important

consideration in this case.  And so I just don't think that a

home confinement adequately reflects what you did in this case.

I don't think it adequately reflects respect for the law and

the severity of what you did.  I do think time in custody is

1   important and needs to be done in this case.

2       So I do find that a 14-month sentence is sufficient but not

3   greater than necessary, considering all the factors in this

4   case.  I think it's important to send a message to the

5   community, and I think it's important to send a message to you.

6       When you are released from custody, you will be on

7   supervised release for a period of three years.  First of all,

8   you are not -- you have a felony conviction, so you are not to

9   own any weapons.  You need to get rid of any weapons that you

10  own.  You are to report any vehicles that you own or operate.

11      If the probation department has reasonable suspicion to

12  believe that you're violating the law or your supervised

13  release, they can search you.

14      I will order that you completely disclose all personal and

15  business financial records to the probation department and that

16  you not open any new checking accounts, credit charges, or

17  lines of credit without the probation office approval.

18      I will order that you not take any employment or volunteer

19  position that involves a fiduciary responsibility, or within a

20  business or non-profit organization, and that you pay

21  restitution in the amount of $2,834,608, as outlined by the

22  Government, to the IRS and to the three companies involved, as

23  well as the California Office of Emergency Services.

24      I'll order that while you're in custody, that be paid at a

25  rate of $25, or 50 percent of your income per quarter,

whichever is higher.  When you are released from custody, you will pay that at a rate of minimum of $250 a month, and that will be distributed *pro rata*.  That is due forthwith, so the Government can take whatever other efforts they can to collect that money.

I will also order forfeiture of the gold ingots and coins as outlined in the preliminary order of forfeiture.  I will order that you notify the collections unit at the U.S. Attorney's Office if you get any interest in any property or before transferring any property, and that you keep both the U.S. Attorney's Office and the Court apprised of your address until both restitution -- until the restitution is paid in full.

In light of the restitution and the forfeiture, I do find you are unable to pay a fine, but I will impose a $100 special assessment.

In light of my sentence, Mr. Coleman, has Rabbi Goldstein given up his right to appeal?

**MR. COLEMAN:**  Yes, Your Honor.

**THE COURT:**  Is that correct, Rabbi Goldstein?

**THE DEFENDANT:**  Yes.

**THE COURT:**  Okay.  Is there any objection to a self-surrender date?

**MS. WASSERMAN:**  No, Your Honor.

**THE CLERK:**  Self-surrender by Wednesday,

1    February 23rd, to the U.S. Marshals or the designated facility.

2    And a bond exoneration hearing set for February 28th at

3    9:00 a.m., and that will be terminated upon self-surrender.

4            **MR. COLEMAN:**  Your Honor, can I make two requests?

5            **THE COURT:**  Go ahead.

6            **MR. COLEMAN:**  One is a recommendation for FCI

7    Otisville.  Two, if we could -- just with everything going on

8    with COVID, if we could push that surrender date out a bit.

9            **THE COURT:**  I think February 20 -- maybe I'm overly

10   optimistic.  It's just impossible to estimate what's going to

11   go on with COVID.  And so my suggestion is if there is a big

12   surge right around February 23rd or a week to ten days

13   beforehand, you can come and appeal for a continuation of that

14   date.  But at this point I'd like to keep that date on.

15       And as far address the recommendation to FCI Otisville, I

16   need to put on the judgment what the reason for that

17   recommendation is, so they can try and accommodate it if they

18   can't accommodate that exact.

19           **MR. COLEMAN:**  Your Honor, it's my understanding that

20   Otisville accommodates observant Jews.

21           **THE COURT:**  Okay.

22           **MR. COLEMAN:**  And I think a lot of the people in the

23   observant Jewish community that are sentenced in the northeast,

24   they tend to go there.  I don't think there's necessarily a

25   comparable facility out here in California.

1        **THE COURT:**  Okay.  I will recommend FCI Otisville in

2   order to accommodate Rabbi Goldstein's Jewish faith, and I will

3   order that you self-surrender no later than February 23rd at

4   noon.

5      If you think you're going to have trouble self-surrendering

6   by noon, you can go early.  You can go a day early or a week

7   early.  But if you're not there by noon on the 23rd of

8   February, I will issue a warrant for you arrest and forfeit

9   whatever bond has been posted on your behalf.  Do you

10  understand?

11        **THE DEFENDANT:**  Yes.

12        **THE COURT:**  Okay.  Thank you.

13     **(Proceedings adjourned at 10:26 a.m.)**

14                          -- o0o --

15

16              C E R T I F I C A T E

17        **I, Anne Roldan, certify that I am a duly qualified**

    **and acting Official Court Reporter for the United States**

18  **District Court; that the foregoing is a true and accurate**

    **transcript of the proceedings as taken by me in the**

19  **above-entitled matter on January 4, 2022; and that the format**

    **used complies with the rules and requirements of the United**

20  **States Judicial Conference.**

21

                             **Dated:  March   25, 2022**

22

23     /s/ ⟨signature⟩
       _____
24     **Anne M. Roldan, RPR, CRR, CSR**
       **U.S. Official Court Reporter**

25

MR. COLEMAN: **[14]**  2/6 3/3 3/20
10/15 11/4 11/9 11/12 11/18 12/1 15/19
16/4 16/6 16/19 16/22
MS. SCOTT: **[2]**  2/10 9/10
MS. WASSERMAN: **[3]**  2/8 9/3 15/24
THE CLERK: **[2]**  2/1 15/25
THE COURT: **[19]**
THE DEFENDANT: **[3]**  7/22 15/21
17/11

**$**

**$100 [1]**  15/15
**$2,834,608 [1]**  14/21
**$2,840,608 [1]**  10/24
**$25 [1]**  14/25
**$250 [2]**  11/5 15/2

**1**

**10 percent [1]**  4/14
**10:26 [1]**  17/13
**12 [1]**  13/10
**14-month [1]**  14/2
**148 [1]**  9/20
**18 [1]**  13/10
**1916 [1]**  2/3

**2**

**20 [1]**  16/9
**20-cr-1916 [1]**  2/3
**2019 [2]**  5/13 6/12
**22 [1]**  12/5
**23rd [4]**  16/1 16/12 17/3 17/7
**26 [2]**  8/12 12/19
**28th [1]**  16/2

**4**

**44 [1]**  11/21
**46 [1]**  12/22

**5**

**50 percent [1]**  14/25
**51 [1]**  8/1
**57 [1]**  12/22

**9**

**9:00 a.m [1]**  16/3

**A**

**a.m [2]**  16/3 17/13
**ability [1]**  8/11
**able [1]**  8/8
**about [3]**  5/9 9/21 12/4
**abused [1]**  12/6
**academy [1]**  13/17
**accept [1]**  8/7

accepted **[1]**  17/10
accommodate **[3]**  16/17 16/18 17/2
accommodates **[1]**  16/20
accounts **[1]**  14/16
activities **[1]**  9/15
actually **[3]**  4/5 4/22 5/1
Added **[1]**  6/23
addendum **[2]**  2/14 5/3
addition **[1]**  4/20
additional **[2]**  9/5 10/9
address **[4]**  5/3 7/15 15/11 16/15
adequately **[2]**  13/23 13/24
adjourned **[1]**  17/13
adjustment **[2]**  3/6 4/18
adopt **[3]**  10/6 10/8 10/25
Adrienne **[1]**  2/10
adulthood **[1]**  8/19
after **[5]**  3/18 4/23 5/14 8/1 11/4
after speaking **[1]**  11/4
afternoon **[1]**  8/14
afternoons **[1]**  8/14
again **[1]**  5/3
aggravated **[1]**  3/6
aggravating **[2]**  4/15 4/18
agreed **[1]**  10/17
agreeing **[1]**  12/16
agreement **[6]**  5/11 5/12 5/19 5/22 9/4
  10/13
agreements **[1]**  6/9
ahead **[1]**  16/5
all **[12]**  2/16 4/22 7/11 8/2 8/4 8/6 10/6
  11/6 13/13 14/3 14/7 14/14
allow **[1]**  8/8
almost **[1]**  8/13
already **[2]**  5/25 9/23
also **[5]**  3/1 7/5 10/11 13/4 15/6
although **[3]**  6/23 9/22 12/9
America **[1]**  2/4
amount **[6]**  10/11 10/13 10/14 10/25
  11/1 14/21
analysis **[2]**  4/16 9/12
anguishes **[1]**  7/2
another **[4]**  3/5 3/9 3/18 4/11
anti **[1]**  8/24
anti-Semitic **[1]**  8/24
any **[19]**
anything **[3]**  4/15 7/17 11/11
appeal **[2]**  15/18 16/13
applicable **[1]**  10/2
applies **[1]**  9/20
apply **[2]**  3/6 9/6
applying **[1]**  4/18
apprised **[1]**  15/11
appropriate **[4]**  7/12 7/18 12/4 12/7
approval **[1]**  14/17

approved **[1]**  5/12
April **[1]**  5/13
April 2019 **[1]**  5/13
are **[20]**
arm's **[1]**  3/24
around **[1]**  16/12
arrest **[1]**  17/8
as **[36]**
assessment **[1]**  15/16
assets **[1]**  9/15
attack **[1]**  8/24
attempting **[1]**  9/21
attempts **[1]**  6/20
Attorney's **[3]**  5/14 15/9 15/11
authority **[7]**  3/5 3/9 3/14 3/22 4/1 4/8
  5/3
awful **[1]**  13/6

**B**

back **[2]**  4/4 11/9
badly **[1]**  6/18
Baila **[1]**  8/18
base **[2]**  12/5 12/19
basics **[1]**  8/3
basis **[1]**  9/17
Bat **[1]**  8/18
be **[27]**
because **[1]**  12/24
bedside **[1]**  8/15
been **[9]**  3/10 4/21 4/24 6/3 9/16 10/18
  10/19 13/1 17/9
befell **[1]**  6/17
before **[4]**  7/6 7/17 8/2 15/10
beforehand **[1]**  16/13
beg **[2]**  8/5 8/7
begin **[1]**  12/5
begs **[1]**  8/2
behalf **[3]**  2/9 2/10 17/9
believe **[6]**  9/5 9/20 10/2 10/17 10/24
  14/12
Ben **[1]**  2/6
bend **[1]**  7/18
benefit **[5]**  4/12 4/17 13/17 13/19 13/20
benefiting **[1]**  4/13
best **[1]**  8/10
big **[1]**  16/11
birth **[1]**  8/15
bit **[2]**  6/21 16/8
blame **[2]**  6/23 6/25
bless **[1]**  8/12
bond **[2]**  16/2 17/9
book **[1]**  7/25
borderline **[1]**  12/14
both **[3]**  5/4 15/10 15/12
bowed **[1]**  7/23

**B**

briefly [1] 5/9
brings [1] 13/10
burden [1] 6/23
business [2] 14/15 14/20

**C**

calculation [2] 2/17 12/3
calculations [3] 2/18 10/8 11/7
calculus [1] 6/10
calendar [1] 2/4
California [2] 14/23 16/25
Calling [1] 2/1
came [2] 4/5 6/18
can [14] 3/13 7/18 7/20 8/10 11/10 12/4
14/13 15/4 15/4 16/4 16/13 16/17 17/6
17/6
can't [2] 13/21 16/18
career [1] 7/10
case [9] 2/24 2/25 5/2 5/12 10/2 13/22
13/23 14/1 14/4
cases [2] 3/11 3/21
caused [1] 8/7
certainly [1] 2/24
Chabad [3] 5/15 6/12 13/17
chance [1] 8/10
change [1] 7/9
Chapter [1] 7/25
charge [1] 4/25
charged [1] 6/6
charges [1] 14/16
chart [1] 2/14
checking [1] 14/16
Chu [1] 2/9
Circuit [4] 3/9 3/10 3/21 5/4
Circuit's [2] 3/4 4/19
circumstances [3] 6/15 6/16 7/11
clear [3] 3/4 3/11 6/13
close [1] 7/19
co [1] 9/25
co-defendants [1] 9/25
coins [1] 15/6
Coleman [2] 2/6 15/17
collect [1] 15/4
collection [1] 10/21
collections [1] 15/8
collective [2] 5/14 5/15
come [2] 11/9 16/13
commentary [2] 9/12 9/21
comments [1] 10/10
commit [1] 8/7
committed [2] 7/24 13/15
committing [1] 13/17
community [6] 3/2 5/16 7/6 13/8 14/5
16/23

**C (cont.)**

companies [1] 14/23
comparable [1] 16/25
completely [1] 14/14
concerns [3] 5/8 5/25 6/2
condition [1] 11/19
conditions [7] 10/7 10/25 11/12 11/15
11/17 11/21 11/24
conduct [2] 6/14 7/4
confer [2] 10/16 11/3
confinement [2] 2/24 13/23
congregants [1] 13/14
consideration [4] 13/1 13/3 13/12
13/22
considerations [1] 6/14
considering [1] 14/3
constituted [1] 12/10
consulted [1] 5/17
continuation [1] 16/13
continue [1] 11/6
control [6] 3/4 3/8 3/14 3/22 4/1 12/15
controlling [2] 4/8 4/11
conviction [2] 6/15 14/8
cooperated [2] 4/23 12/25
cooperating [1] 12/9
cooperation [4] 5/11 5/19 5/22 6/6
cooperator [1] 13/2
cooperators [1] 5/20
correct [1] 15/20
could [2] 16/7 16/8
Counsel [1] 3/1
couple [2] 2/16 3/2
Court [8] 6/12 7/15 8/5 9/18 11/10
11/13 11/20 15/11
COVID [2] 16/8 16/11
cr [1] 2/3
credit [4] 10/17 10/20 14/16 14/17
crime [2] 6/19 6/24
crimes [4] 6/6 6/7 7/24 8/6
criminal [4] 6/8 7/4 9/15 12/22
custodial [2] 2/25 6/3
custody [4] 13/25 14/6 14/24 15/1

**D**

damages [1] 8/6
date [5] 2/11 15/23 16/8 16/14 16/14
daughter [1] 8/18
David [2] 7/25 8/1
day [4] 6/21 6/25 7/1 17/6
days [2] 8/18 16/12
dealing [3] 4/4 4/9 4/25
decades [1] 3/10
decide [1] 7/17
decision [2] 5/5 9/18
deduct [1] 12/21
deductions [1] 4/15

**D (cont.)**

defendant [3] 9/14
defendants [3] 6/5 6/6 9/25
defense [3] 2/19 10/6 12/17
defer [2] 9/11 9/18
Delicino [1] 2/7
department [4] 5/6 5/17 14/11 14/15
designated [1] 16/1
destructive [1] 7/6
detail [1] 9/3
details [1] 6/1
detention [3] 5/9 7/12 11/14
determined [1] 10/12
did [9] 4/17 5/9 7/5 10/16 12/15 12/20
13/8 13/23 13/25
didn't [2] 3/16 10/9
different [1] 11/7
difficult [3] 7/7 7/8 7/20
directing [2] 4/2 4/7
disagree [1] 5/5
disappointment [1] 7/23
disclose [1] 14/14
discuss [1] 9/21
discusses [1] 9/13
discussions [2] 5/15 5/15
disfigured [1] 6/18
distributed [1] 15/3
do [20]
does [2] 3/7 9/21
doesn't [2] 3/22 5/3
dollars [2] 10/18 10/19
don't [9] 2/23 3/12 4/17 10/12 11/5
11/23 13/22 13/24 16/24
donate [1] 3/16
donation [2] 3/23 3/25
donations [1] 4/6
done [2] 9/22 14/1
down [4] 7/6 7/20 13/10 13/13
downward [1] 2/21
dragged [1] 13/13
due [1] 15/3
during [1] 13/8

**E**

early [3] 17/6 17/6 17/7
efforts [2] 5/21 15/4
either [3] 11/16 11/16 11/17
else [1] 11/11
email [1] 10/16
Emergency [1] 14/23
emphasize [4] 5/10 6/11 7/3 7/14
employment [1] 14/18
engaged [1] 7/4
enhancement [3] 4/21 9/5 9/19
enhancements [1] 10/2
estimate [1] 16/10

## E

even [3] 6/6 6/15 6/21
evening [1] 6/20
every [5] 6/20 6/21 6/25 7/24 8/13
everything [1] 16/7
exact [1] 16/18
exercise [1] 9/14
exoneration [1] 16/2
extended [1] 7/5

## F

face [1] 13/7
facility [2] 16/1 16/25
fact [8] 4/12 5/23 12/16 13/1 13/5 13/12 13/18 13/21
factors [2] 6/13 14/3
facts [2] 3/7 3/8
faith [1] 17/2
family [2] 8/21 8/22
far [7] 2/21 4/12 10/13 11/1 11/6 12/2 16/15
Fate [1] 8/22
FCI [3] 16/6 16/15 17/1
February [6] 16/1 16/2 16/9 16/12 17/3 17/8
February 20 [1] 16/9
February 23rd [3] 16/1 16/12 17/3
February 28th [1] 16/2
fell [1] 7/6
felon [1] 7/9
felony [1] 14/8
fiduciary [1] 14/19
figure [1] 13/11
filed [1] 2/19
filled [1] 7/1
financial [3] 4/12 4/16 14/15
find [6] 12/5 12/7 12/8 12/20 14/2 15/14
fine [4] 11/3 11/21 12/1 15/15
first [7] 2/16 5/10 8/16 8/16 12/3 13/12 14/7
follow [7] 2/18 2/20 5/5 6/4 11/14 12/25 13/9
following [1] 5/13
forever [1] 7/1
forfeit [1] 17/8
forfeited [1] 10/19
forfeiture [5] 10/20 10/23 15/6 15/7 15/14
forget [1] 8/25
forgiveness [3] 8/1 8/3 8/5
former [1] 5/16
forth [1] 4/4
forthwith [1] 15/3
four [2] 12/24 13/2

## G

front [2] 3/28 11/22

full [1] 15/13
fundamental [1] 6/7

## G

gave [1] 8/15
general [2] 5/8 13/18
get [4] 3/16 6/20 14/9 15/9
getting [4] 4/10 4/11 4/12 4/14
given [6] 6/9 7/11 8/9 10/17 12/16 15/18
go [7] 7/20 13/7 16/5 16/11 16/24 17/6 17/6
God [3] 7/24 8/2 8/5
going [5] 9/25 11/13 16/7 16/10 17/5
gold [1] 15/6
Goldstein [11] 2/4 2/7 3/19 4/23 6/17 7/4 7/17 9/24 12/2 15/17 15/20
Goldstein's [4] 3/15 5/11 5/19 17/2
gone [1] 7/10
good [5] 2/6 2/8 2/11 7/5 9/10
Government [12] 4/22 5/1 9/2 10/16 11/5 11/6 12/10 12/16 12/24 13/4 14/22 15/4
Government's [4] 2/14 2/21 10/8 13/9
greater [2] 4/16 14/3
greatly [1] 7/13
greed [2] 13/20
grief [1] 7/2
ground [1] 12/18
growing [1] 8/17
growing-up [1] 8/17
guess [3] 10/22 11/10 11/12
guideline [3] 12/3 12/22 13/10
guidelines [3] 2/17 5/4 9/13
guilty [2] 4/23 6/1

## H

had [8] 3/18 5/25 7/15 8/19 8/22 10/9 11/13 13/14
hands [1] 6/22
Hannah [3] 8/13 8/15 8/16
happy [1] 7/15
has [13] 4/1 4/8 4/21 6/12 7/13 7/17 9/16 10/3 10/18 10/19 14/11 15/17 17/9
hate [1] 6/19
have [22]
he [23]
he's [3] 4/11 4/12 10/8
head [1] 7/23
hear [2] 7/16 7/20
hearing [1] 16/2
heightened [1] 6/3
help [2] 3/16 8/10
her [6] 8/13 8/15 8/16 8/17 8/18 8/23
here [5] 6/17 7/22 9/16 9/22 16/25

## H

heroics [2] 13/8

hidden [1] 5/21
high [1] 5/16
higher [1] 15/1
highest [1] 5/13
him [3] 4/5 6/20 10/20
his [10] 6/1 6/2 6/18 6/22 7/1 7/6 7/8 7/10 9/25 15/18
hold [3] 7/25 8/16 12/15
home [7] 2/23 5/9 7/11 8/13 8/17 11/14 13/23
honor [14] 2/6 2/8 3/3 7/22 8/19 9/3 9/10 10/3 10/15 11/4 15/19 15/24 16/4 16/19
Honor's [1] 5/8
honorable [1] 8/20
horrible [1] 9/1
horrific [1] 6/19
horror [2] 6/22 7/1
hosted [1] 8/12
how [2] 3/13 11/7
Howard [1] 8/12
However [1] 9/16
huge [1] 4/14
hurt [1] 8/6

## I

I'd [1] 16/14
I'll [4] 2/24 11/6 12/17 14/24
I'm [6] 3/13 7/15 8/24 11/12 11/18 16/9
I've [2] 3/17 8/5
ignore [1] 13/21
imaginable [1] 8/24
important [4] 13/21 14/1 14/4 14/5
impose [1] 15/15
impossible [1] 16/10
inches [1] 6/18
inclined [1] 11/14
include [1] 6/15
income [1] 14/25
increase [5] 12/6 12/7 12/11 12/13 12/17
increases [1] 5/7
indicated [1] 11/13
individuals [8] 3/14 3/15 4/3 4/13 4/16 4/22 12/15 13/16
ingots [1] 15/6
interest [1] 15/9
investigation [3] 9/23 9/25 10/1
investigations [1] 9/22
involved [2] 13/6 14/22
involves [1] 14/19
IRS [1] 14/22
is [47]
issue [2] 11/19 17/8

## I

it [15] 3/17 6/4 6/13 7/19 8/22 9/13 9/21 11/13 12/7 12/14 13/13 13/18 13/20 13/24 16/17
it's [9] 3/20 3/25 3/25 4/7 10/24 14/4 14/5 16/10 16/19
its [1] 5/16
itself [1] 3/21

## J

Jeremy [1] 2/7
Jewish [2] 16/23 17/2
Jews [1] 16/20
joint [3] 5/23 7/11 9/7
Judaism [1] 8/4
judgment [1] 16/16
just [12] 3/1 5/5 6/13 6/21 7/18 11/12 11/18 11/24 13/19 13/22 16/7 16/10
justice [7] 2/20 4/20 5/17 6/8 9/19 12/8 12/11

## K

Kaye [1] 8/13
keep [2] 15/10 16/14
key [1] 4/9
King [2] 7/25 8/1
know [10] 4/3 4/4 4/21 4/23 5/5 9/22 10/9 10/12 11/13 13/11

## L

laid [3] 9/3 9/7 9/16
largely [1] 7/8
last [2] 3/11 8/22
later [1] 17/3
law [6] 3/4 3/10 4/19 5/4 13/24 14/12
lawyer's [2] 2/13 2/15
legal [1] 9/17
legally [1] 6/24
length [1] 3/24
lengthy [1] 5/14
leniency [1] 6/5
less [1] 4/12
let's [1] 12/3
letters [1] 3/2
level [5] 4/3 4/10 5/8 12/5 12/19
levels [1] 5/13
life [3] 6/19 7/1 8/9
lifelong [1] 7/10
light [2] 15/14 15/17
like [6] 3/25 7/16 7/17 7/21 8/21 16/14
Likewise [1] 9/19
lines [1] 14/17
listen [1] 2/24
little [1] 6/21
live [1] 8/9

lives [1] 6/22
longer [1] 7/9
Lori [4] 8/12 8/15 8/21 8/23
losing [1] 6/18
loss [1] 8/25
lot [3] 7/5 13/15 16/22
lunch [1] 8/14

## M

made [4] 3/10 5/20 5/22 6/13
main [1] 13/5
make [3] 4/5 7/19 16/4
makes [1] 12/19
making [2] 3/23 3/25
man [1] 7/12
management [1] 9/14
mankind [3] 7/24 8/3 8/6
many [4] 7/7 13/13 13/14 13/16
Marshals [1] 16/1
mask [1] 7/19
masks [1] 7/19
Matter [1] 2/3
may [1] 6/4
maybe [1] 16/9
me [8] 3/18 8/2 8/8 8/21 10/23 11/24 12/14 13/13
mean [4] 2/18 3/17 3/24 11/16
measure [1] 7/12
member [1] 8/22
members [1] 13/13
memorandum [4] 2/15 2/15 9/4 9/7
memory [1] 8/13
mercy [1] 8/7
message [2] 14/4 14/5
Michelle [1] 2/8
microphone [2] 7/19 7/21
million [2] 10/18 10/19
minimal [1] 10/14
minimum [2] 11/1 15/2
minus [5] 12/24 13/2 13/4 13/5 13/9
Mitzvah [1] 8/18
moments [2] 6/20 9/1
money [2] 3/16 15/5
month [7] 10/11 10/14 10/25 11/2 11/5 14/2 15/2
months [3] 5/12 12/23 13/10
more [4] 4/13 5/8 6/5
morning [4] 2/6 2/8 2/11 9/10
most [4] 5/20 7/7 7/8 8/19
motion [1] 2/15
Mr. [8] 2/7 4/23 5/11 5/19 6/17 7/4 9/24 15/17
Mr. Coleman [1] 15/17
Mr. Goldstein [5] 2/7 4/23 6/17 7/4 9/24

Mr. Goldstein's [2] 5/11 5/22
much [1] 6/5
murdered [1] 8/24
must [2] 6/22 9/14
my [16] 2/17 2/23 7/22 8/2 8/8 8/9 8/11 8/12 9/11 9/20 9/24 10/6 11/19 15/17 16/11 16/19
myself [1] 8/7

## N

nature [2] 6/1 6/2
necessarily [1] 16/24
necessary [1] 14/3
need [6] 4/2 4/2 11/9 14/9 16/16
needs [3] 3/4 4/25 14/1
negotiated [1] 6/8
never [2] 7/9 8/25
new [1] 14/16
next [1] 7/21
night [1] 7/24
nightmares [1] 6/19
Ninth [6] 3/4 3/9 3/10 3/21 4/18 5/4
no [9] 3/7 3/14 4/21 7/9 7/16 10/5 12/21 15/24 17/3
No. [1] 2/3
No. 1 [1] 2/3
non [1] 14/20
non-profit [1] 14/20
noncustodial [2] 5/18 5/23
noon [3] 17/4 17/6 17/7
northeast [1] 16/23
not [23]
notify [1] 15/8
Now [1] 7/8
number [2] 3/15 11/23

## O

objection [3] 10/23 12/17 15/22
objections [4] 2/13 2/19 3/3 9/11
observant [2] 16/20 16/23
obstructed [2] 4/22 5/1
obstruction [5] 2/20 4/20 9/19 12/8 12/11
off [1] 11/5
offense [9] 3/5 6/14 6/15 9/11 12/5 12/9 12/19 13/15 13/17
offer [1] 3/7
office [5] 5/14 14/17 14/23 15/9 15/11
officer's [3] 2/12 2/13 2/18
officials [1] 5/17
officiate [1] 8/19
Oh [1] 3/1
Okay [7] 11/8 11/11 12/2 15/22 16/21 17/1 17/12
once [1] 10/8
one [7] 3/18 4/10 4/10 4/10 11/16 11/16

**one… [1]** 16/6
**only [3]** 7/1 10/5 13/14
**open [1]** 14/16
**operate [1]** 14/10
**optimistic [1]** 16/10
**order [11]** 3/5 10/23 11/1 14/14 14/18 14/24 15/6 15/7 15/8 17/2 17/3
**ordering [1]** 10/23
**organization [3]** 9/15 13/18 14/20
**ostracized [1]** 7/8
**other [9]** 4/13 4/16 6/7 7/15 10/3 10/5 10/24 12/10 15/4
**others [4]** 7/7 8/7 8/10 12/9
**Otisville [4]** 16/7 16/15 16/20 17/1
**our [6]** 5/22 8/13 8/17 8/18 8/21 9/4
**out [7]** 8/9 9/3 9/7 9/16 13/11 16/8 16/25
**outed [1]** 13/2
**outlined [2]** 14/21 15/7
**over [10]** 3/5 3/14 3/22 4/1 4/9 7/5 7/19 7/23 9/14 12/15
**overly [1]** 16/9
**overruling [1]** 2/19
**own [4]** 13/20 14/9 14/10 14/10

**P**

**page [2]** 11/21 11/23
**page 44 [1]** 11/21
**paid [2]** 14/24 15/12
**paragraph [1]** 9/20
**paragraph 148 [1]** 9/20
**part [3]** 5/19 6/8 8/21
**participant [2]** 3/5 3/9
**particular [1]** 11/19
**path [1]** 7/6
**pay [4]** 11/7 14/20 15/2 15/15
**payment [2]** 10/14 11/2
**people [5]** 3/17 4/5 12/10 13/15 16/2
**per [5]** 10/11 10/14 10/25 11/2 14/25
**percent [2]** 4/14 14/25
**period [2]** 7/5 14/7
**permit [1]** 5/22
**person [2]** 3/18 8/23
**personal [2]** 13/20 14/14
**players [1]** 4/10
**playing [1]** 8/18
**plea [6]** 5/10 5/12 6/1 6/2 6/8 9/4
**pled [1]** 4/23
**point [6]** 6/11 7/3 9/24 10/1 11/20 16/14
**points [7]** 5/10 7/14 12/7 12/8 12/11 12/13 12/21
**position [2]** 12/6 14/19
**post [2]** 6/15 6/15

**post-conviction [1]** 6/15
**post-offense [1]** 6/15
**posted [1]** 17/9
**Poway [2]** 5/15 6/12
**prayed [1]** 8/1
**prayers [1]** 8/16
**pre [1]** 4/25
**pre-charge [1]** 4/25
**preliminary [1]** 15/7
**present [1]** 2/7
**presentence [3]** 2/5 3/6 9/12
**pro [2]** 3/25 15/3
**pro rata [1]** 15/3
**probation [12]** 2/10 2/12 2/13 2/18 5/6 9/6 9/9 10/11 11/17 14/11 14/15 14/17
**Proceedings [1]** 17/13
**process [1]** 10/21
**profit [1]** 14/20
**property [3]** 9/15 15/9 15/10
**proposed [1]** 10/11
**Psalms [1]** 7/25
**PSR [1]** 10/7
**public [4]** 5/20 5/22 6/1 6/2
**punishment [1]** 7/12
**pursuant [1]** 9/4
**push [1]** 16/8
**put [1]** 16/16

**Q**

**quarter [1]** 14/25
**question [3]** 10/5 10/22 12/14
**questions [2]** 7/15 10/3
**quid [1]** 3/25
**quo [1]** 3/25

**R**

**rabbi [9]** 3/15 3/19 7/10 7/16 12/2 12/15 15/17 15/20 17/2
**raids [1]** 4/24
**range [3]** 12/3 12/22 13/10
**ranking [1]** 5/16
**rata [1]** 15/3
**rate [2]** 14/25 15/2
**reach [1]** 8/19
**read [1]** 7/25
**reality [1]** 6/25
**really [1]** 13/19
**reason [3]** 5/21 13/5 16/16
**reasonable [1]** 14/11
**reasons [1]** 5/5
**receive [1]** 6/5
**received [1]** 4/16
**recommend [1]** 17/1
**recommendation [11]** 5/6 5/9 5/18 5/24 7/11 9/8 12/25 13/9 16/6 16/15 16/17

**recommendations [2]** 3/23 10/7
**recommended [1]** 2/22
**recommending [2]** 12/24 13/4
**record [2]** 3/15 12/22
**records [1]** 14/15
**recover [1]** 8/25
**recruited [1]** 3/19
**recruiting [1]** 3/17
**recruitment [2]** 3/20 3/21
**referring [1]** 11/21
**reflects [2]** 13/23 13/24
**regular [1]** 8/17
**related [2]** 5/25 6/14
**release [4]** 11/15 11/17 14/7 14/13
**released [3]** 10/8 14/6 15/1
**relevant [2]** 6/13 6/14
**religions [1]** 8/4
**reminder [1]** 6/22
**remorse [2]** 7/23 8/9
**repeated [1]** 7/4
**repentance [1]** 8/8
**repented [1]** 8/8
**report [9]** 2/5 2/12 2/13 3/7 9/12 9/20 11/22 11/25 14/10
**represented [1]** 5/16
**request [2]** 3/16 4/5
**requests [1]** 16/4
**requisite [1]** 3/8
**respect [5]** 2/16 2/20 4/20 10/7 13/24
**responsibility [3]** 9/14 12/20 14/19
**responsible [1]** 6/24
**rest [1]** 8/9
**restitution [11]** 10/9 10/14 10/15 10/18 10/19 10/24 11/7 14/21 15/12 15/12 15/14
**result [1]** 6/19
**reviewed [2]** 2/12 3/1
**rid [1]** 14/9
**right [4]** 7/19 8/8 15/18 16/12
**role [7]** 2/20 3/6 4/15 4/18 9/11 12/13 12/17
**routinely [1]** 6/5

**S**

**said [1]** 10/12
**same [2]** 4/3 4/10
**Saturday [1]** 8/13
**Saturdays [1]** 8/17
**say [6]** 2/25 3/13 3/21 7/17 8/16 13/2
**Scott [1]** 2/10
**seal [1]** 5/21
**search [1]** 14/13
**second [2]** 2/23 6/11
**security [1]** 5/25
**see [5]** 2/23 2/25 4/17 8/23 11/18

# S

seem [1] 6/4
seems [2] 12/14 13/13
seized [1] 10/20
self [5] 15/23 15/25 16/3 17/3 17/5
self-surrender [4] 15/23 15/25 16/3 17/3
self-surrendering [1] 17/5
Semitic [1] 8/24
send [2] 14/4 14/5
sentence [6] 6/4 7/18 12/4 13/11 14/2 15/17
sentenced [1] 16/23
sentencing [9] 2/5 2/12 2/14 2/15 3/18 6/9 6/13 9/4 9/7
serious [2] 6/6 7/4
serve [1] 7/10
Services [1] 14/23
set [2] 2/11 16/2
severity [1] 13/25
shame [2] 7/2 7/23
she [2] 8/21 8/23
shooting [3] 5/13 6/12 13/6
shortly [1] 4/23
should [5] 6/9 8/22 9/6 10/17 13/11
show [2] 3/7 3/8
showing [2] 4/21 5/1
side [1] 8/23
significant [2] 5/21 6/7
significantly [1] 6/3
sinned [1] 8/1
sins [1] 8/2
sister [1] 8/21
sit [1] 7/20
situation [5] 3/24 4/1 4/7 4/24 4/25
six [3] 13/4 13/5 13/9
sleep [1] 6/21
smile [1] 8/23
so [25]
some [4] 4/8 5/1 6/4 13/8
somebody [1] 3/23
sorry [1] 8/25
sort [4] 4/9 5/8 10/21 12/14
speaking [1] 11/4
special [1] 15/15
spend [1] 8/14
spent [1] 8/17
stand [2] 7/22 8/2
start [1] 11/5
stated [1] 9/20
States [2] 2/4 2/9
still [1] 4/17
submit [2] 9/6 10/4
substantial [1] 6/9
such [1] 6/8

suffered [1] 7/13
sufficient [2] 3/22 14/2
suggest [1] 11/1
suggested [2] 9/5 11/24
suggestion [2] 11/20 16/11
suggestions [1] 11/2
summary [1] 2/14
supervised [4] 11/15 11/17 14/7 14/12
supervisory [1] 4/8
supported [1] 5/18
supporting [1] 9/17
supposed [1] 3/17
Supreme [1] 6/12
sure [1] 3/13
surge [1] 16/12
surrender [5] 15/23 15/25 16/3 16/8 17/3
surrendering [1] 17/5
suspicion [1] 14/11
sustain [1] 12/17
sway [1] 12/15
synagogue [1] 13/18
system [1] 6/8

# T

take [3] 13/12 14/18 15/4
takes [2] 13/1 13/2
taking [1] 4/14
talk [1] 12/4
ten [1] 16/12
tend [1] 16/24
tentative [3] 2/17 2/23 10/6
tentatives [1] 2/16
terminated [1] 16/3
than [4] 4/13 4/17 14/3 17/3
Thank [2] 9/2 17/12
that [116]
that's [4] 3/9 11/3 12/14 13/21
their [2] 7/7 13/17
them [7] 4/1 4/2 4/7 4/8 4/9 4/11 7/15
then [4] 3/16 9/17 11/5 12/4
there [20]
there's [5] 5/13 4/24 10/13 11/18 16/24
these [11] 4/3 4/6 4/13 4/14 4/16 4/22 5/20 7/11 7/19 11/14 13/16
they [15] 4/13 4/14 5/2 5/18 10/1 10/17 10/17 10/20 13/1 13/16 14/13 15/4 16/17 16/17 16/24
they're [4] 3/24 3/24 4/4 4/9
they've [1] 3/10
thing [3] 4/10 4/11 13/7
things [1] 13/8
think [18]
third [1] 7/3
this [21]

those [30]  5/4 5/6 5/15 6/1 6/2 7/14 8/25 10/2 11/20 12/1
thought [1] 13/16
three [4] 5/10 12/21 14/7 14/22
through [3] 10/20 11/21 13/7
Throughout [1] 6/21
thwart [1] 9/21
time [5] 6/22 7/5 7/8 8/2 13/25
times [1] 7/7
today [1] 7/22
told [1] 9/25
took [1] 13/15
tragedy [1] 6/17
tragic [2] 6/11 13/6
transaction [1] 4/17
transferring [1] 15/10
trouble [1] 17/5
trust [1] 12/6
try [1] 16/17
trying [1] 11/18
two [11] 2/19 2/21 3/11 4/9 5/6 12/6 12/7 12/11 12/13 16/4 16/7
type [2] 4/8 4/24
types [1] 4/6

# U

U.S [4] 5/14 15/8 15/11 16/1
unable [1] 15/15
unaware [1] 10/1
under [3] 4/15 4/18 5/21
understand [1] 17/10
understanding [2] 9/24 16/19
underway [1] 9/23
unfair [1] 6/4
unit [1] 15/8
United [2] 2/4 2/9
United States [2] 2/4 2/9
unless [1] 10/3
unlike [1] 5/20
unthinkable [2] 6/17 6/24
until [2] 15/12 15/12
up [2] 8/17 15/18
upon [1] 16/3
us [1] 8/14
use [1] 6/22
used [1] 3/16

# V

Valerie [1] 2/9
variances [1] 2/22
vehicles [1] 14/10
versus [1] 2/4
very [1] 8/3
victim [1] 6/23
violating [1] 14/12
violence [1] 6/7

**V**

visitor **[1]** 8/17
volunteer **[1]** 14/18

**W**

want **[2]** 5/9 11/2
wanted **[3]** 6/11 7/3 7/14
warned **[2]** 12/8 12/10
warrant **[1]** 17/8
was **[26]**
wasn't **[2]** 11/13 11/14
Wasserman **[1]** 2/9
way **[3]** 3/16 7/21 8/20
we **[10]** 5/25 9/5 9/6 11/5 11/7 11/9
11/10 12/4 16/7 16/8
we'll **[1]** 8/25
weapons **[2]** 14/9 14/9
Wednesday **[1]** 15/25
week **[2]** 16/12 17/6
weight **[1]** 6/9
well **[7]** 3/2 3/11 3/20 4/5 9/16 10/15
14/23
were **[15]** 2/19 3/14 3/15 4/13 4/13 4/14
5/17 5/21 6/4 10/1 12/9 13/5 13/7 13/8
13/16
weren't **[1]** 5/2
what **[9]** 2/24 3/21 9/6 10/25 12/20
13/11 13/23 13/25 16/16
what's **[1]** 16/10
whatever **[3]** 8/10 15/4 17/9
when **[7]** 3/14 4/24 8/14 13/11 13/18
14/6 15/1
where **[2]** 4/1 4/7
which **[5]** 2/18 4/9 5/16 8/3 10/19
whichever **[1]** 15/1
while **[3]** 6/4 7/3 14/24
who **[4]** 3/15 3/23 4/3 7/13
why **[1]** 11/5
wife **[1]** 8/12
will **[23]**
within **[3]** 3/11 6/18 14/19
without **[1]** 14/17
work **[2]** 7/10 11/6
working **[1]** 3/15
worst **[1]** 8/24
would **[19]**
wounded **[1]** 6/18
writes **[1]** 8/2
written **[1]** 7/25
wrong **[1]** 8/8

**Y**

year **[1]** 3/11
years **[2]** 8/12 14/7
Yes **[4]** 3/3 15/19 15/21 17/11

yesterday **[1]** 10/16
Yisroel **[1]** 2/4
you **[70]**
you'd **[1]** 7/20
you're **[7]** 4/25 7/21 11/20 14/12 14/24
17/5 17/7
you've **[2]** 12/20 12/24
your **[30]**
Your Honor **[13]** 2/6 2/8 3/3 7/22 9/3
9/10 10/3 10/15 11/4 15/19 15/24 16/4
16/19
Your Honor's **[1]** 5/8
yourself **[1]** 13/15